```
 1 │ CAROLYN A. DYE (SBN 97527)
   │ 3435 Wilshire Blvd.
 2 │ Suite 990
   │ Los Angeles, CA 90010
 3 │ Telephone: 213/368-5000
   │ Facsimile: 213/368-5009
 4 │ Email: trustee@cadye.com
 5 │ Chapter 7 Trustee
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>AMED FLORENTINO LOPEZ,<br><br>                     Debtor. | Case No. 2:11-bk-20226-RK<br>    [Chapter 7]<br><br>NOTICE OF WITHDRAWAL OF CLAIM NO. 1-1 FILED BY DANCOOL HVAC SUPPLY, INC.<br><br>[No Hearing Required] |

Claimant, Dancool HVAC Supply, Inc., hereby notifies the Court that it is withdrawing its Proof of Claim filed on December 7, 2011, in the amount of $9,046.34 and designated as Claim No. 1-1 on the Court's Claims Register.

Dated: July __, 2014        Dancool HVAC Supply, Inc.

                                      Nick Sarkissian, President